# United States District Court

Southern DISTRICT OF California

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)
Express Mail EB874230294US addressed to Mary Walker, 6549 Perth Place, San Diego, Ca 92139.

FILED 2008 JUL 30 PM 2:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____

## SEARCH WARRANT

CASE NUMBER: 08 MJ 2317

TO: P. G. Garn, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn, Affiant, who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  8/8/08
                                                     Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  Magistrate Judge Adler
                                                                                                               U.S. Judge or Magistrate
as required by law.

7/29/08     12:30 pm        at    San Diego, Ca
Date and Time Issued                     City and State

Louisa Porter, Magistrate Judge          /s/ Louisa Porter
Name and Title of Judicial Officer       Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-29-2008 | 7-29-2008 ~~1415~~ ~~1555~~ hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

A.L. Flores and P.G. Gavn Postal Inspectors

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail
EB874230294US

To: Mary Walker
6549 Perth Pl.
San Diego CA 92139

From: Tom Walker
4478 Shiloh Ridge Trail
Snellville GA 30039

- Shoe type box wrapped in Postal Tyvec envelope
- Nylon organizer case
- Ziploc bag that contained paper towels and 5 plastic wrapped bundles of US Currency

   74 x $100
   40 x $50
   947 x $20
   104 x $10
   16 x $5

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

_____   7/30/08
U.S. Judge or Magistrate           Date